# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEMARIAN ANTOINE CLEMONS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 77584

FILED

DEC 2 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a second amended judgment of conviction. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the second amended judgment of conviction on May 11, 2018. Appellant did not file the notice of appeal, however, until November 29, 2018, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

18-909789

cc:   Hon. Michael Villani, District Judge
DeMarian Antoine Clemons
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk